Order issued September 6, 2012



In The
# Court of Appeals
## Fifth District of Texas at Dallas

No. 05-11-01330-CR

**DARIUS DESHAD LOCKHART, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the 204th District Court
Dallas County, Texas
Trial Court Cause No. F10-52177-Q

## ORDER

The State's August 31, 2012 motion for extension of time to file the State's tendered brief

is **GRANTED**, and the State's brief received by the Clerk on August 31, 2012 is **DEEMED** timely

filed on the date of this order.

_Lana Myers_
LANA MYERS
JUSTICE